## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR WIRE FRAUD, INTERSTATE TRANSPORTATION OF A STOLEN VEHICLE, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-009-BAJ-EWD |
| | : | |
| | : | 18 U.S.C. § 1343 |
| *versus* | : | 18 U.S.C. § 2312 |
| | : | 18 U.S.C. § 981 |
| | : | 18 U.S.C. § 982 |
| | : | 21 U.S.C. § 853 |
| TRISHA MILSTEAD | : | 28 U.S.C. § 2461 |

**THE GRAND JURY CHARGES:**

At all relevant times:

1. The defendant, **TRISHA MILSTEAD**, was a resident of Tennessee.

2. Business A was a business in Tennessee that sold recreational vehicles (RVs) and travel trailers.

3. Business B was a used car dealership in North Carolina.

4. Business C was a new and used car dealership in Gonzales, Louisiana, within the Middle District of Louisiana.

5. Financial Institution A was a federally-chartered credit union based in California, with branch locations in California and Texas.

6. Financial Institution B was a federally-chartered credit union based in Mississippi, with branch locations in Mississippi, Louisiana, and Alabama.

## COUNTS ONE AND TWO
### Wire Fraud

7. Paragraphs 1 through 6 of this Indictment are incorporated herein by reference.

**The Scheme:**

8. Beginning in or about May 2024 and continuing at least through July 2024, within the Middle District of Louisiana and elsewhere, **MILSTEAD** knowingly executed and attempted to execute a scheme to defraud Businesses A, B, and C, and Financial Institution A (collectively, the "Victims") and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises.

**Manner and Means**

9. In order to accomplish the scheme, **MILSTEAD** used the following manner and means, among others:

   a. **MILSTEAD** would open new accounts at Financial Institution A, and would attempt to fund the accounts by initiating wire transfers from another account that she purportedly held at Financial Institution B. In total, between on or about June 7 and June 10, 2024, **MILSTEAD** initiated wire transfers from Financial Institution B to Financial Institution A totaling more than $70,000. In fact, and as **MILSTEAD** knew at the time, she did not have an account at Financial Institution B, and the transfers were fraudulent.

   b. While **MILSTEAD's** accounts at Financial Institution A were open, and before Financial Institution A realized that the incoming transfers should be reversed, **MILSTEAD** would access Financial Institution A's online "bill payment" system and direct Financial Institution A to issue checks drawn on her accounts,

knowing that she had provided Financial Institution A with false information and knowing that she did not have sufficient funds for the purchases.

c.  Meanwhile, **MILSTEAD** would contact Businesses A, B, and C, online and by telephone, and negotiate to purchase vehicles that the businesses offered for sale. **MILSTEAD** negotiated with Business A to purchase a recreational vehicle, and she negotiated with Business B to purchase a 2019 Ford F-150 Raptor (the "Truck").

d.  Beginning on or about June 13, 2024, **MILSTEAD** began negotiating with Business C for the purchase of a vehicle. At first, **MILSTEAD** expressed interest in purchasing a 2017 GMC Sierra truck, but she later decided to purchase a 2020 Cadillac XT5 luxury sport utility vehicle (the "SUV"). During her discussions with Business C, **MILSTEAD** represented that she had been awarded a settlement from a civil case and that she would have Financial Institution A mail a check to Business C for the final sales price of the vehicle.

e.  On or about June 14, 2024, **MILSTEAD** caused Financial Institution A to issue the following three checks from her account, knowing that she had provided Financial Institution A with false information and knowing that her account did not have sufficient funds for any of the transactions:

| Check No. | Payee | Amount |
| --- | --- | --- |
| 60003 | Business A | $35,350.00 |
| 60004 | Business B | $38,000.00 |
| 60005 | Business C | $49,044.42 |

f. In late June, 2024, **MILSTEAD** attempted to finalize the sale of the recreational vehicle from Business A, but Business A learned that the check had not cleared before releasing the vehicle to **MILSTEAD**.

g. On June 26, 2024, **MILSTEAD** arrived at Business B, signed documents to complete the sale, and took possession of the Truck.

h. On June 28, 2024, **MILSTEAD** arrived at Business C in the Truck, signed documents to complete the sale of the SUV, and took possession of the SUV.

**The Wirings**

10. In furtherance of the scheme, the defendant caused numerous interstate wirings. For example, on or about the dates specified below, in the Middle District of Louisiana and elsewhere, **TRISHA MILSTEAD**, the defendant, for the purpose of executing the above-described scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, pictures, and sounds, namely, the wirings set forth below:

| Count | Date | Description |
| --- | --- | --- |
| 1 | 6/13/2024 | MILSTEAD accessed the "Finance Prequalification Form" from Business C's website and completed and submitted the form, causing the electronic transmission of information from Tennessee to Business C, in the Middle District of Louisiana |
| 2 | 6/13/2024 | MILSTEAD sent a text message to Business C via an online messaging platform used by the business to manage interactions with customers, and attached images of her driver's license and other documents, causing images to be sent from Tennessee to the platform's server in Georgia and then to Business C, in the Middle District of Louisiana |

Each of the above is a violation of Title 18, United States Code, Section 1343.

## COUNT THREE
### Interstate Transportation of a Stolen Motor Vehicle

11. Paragraphs 1 through 10 of this Indictment are incorporated herein by reference.

12. On or about June 28, 2024, in the Middle District of Louisiana and elsewhere, **TRISHA MILSTEAD**, the defendant, did unlawfully transport and cause to be transported in interstate commerce a stolen motor vehicle, knowing the same to be stolen, in that **MILSTEAD** caused a 2019 Ford F150 Raptor, bearing a Vehicle Identification Number ending in #4412, to be transported from the State of North Carolina to a location within the Middle District of Louisiana.

The above is a violation of Title 18, United States Code, Section 2312.

## NOTICE OF FORFEITURE

13. Paragraphs 1 through 12 of this Indictment are incorporated herein by reference.

14. Upon conviction of either of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, **TRISHA MILSTEAD**, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, that constitutes or is derived from proceeds traceable to such violation, including but not limited to a sum of money equal to the amount of the proceeds of the offense.

15. Upon conviction of the offense alleged in Count 3 of this Indictment, the defendant, **TRISHA MILSTEAD**, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(5), all property, real and personal, that represents or is traceable to gross proceeds obtained directly or indirectly as a result of the violation.

16. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, by

_____
APRIL M. LEON
ACTING UNITED STATES ATTORNEY

_____
ALAN A. STEVENS
ASSISTANT U.S. ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
_____
GRAND JURY FOREPERSON

02/26/2025
_____
DATE

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Gonzales
County/Parish: East Ascension

**Matter to be sealed:** ✓ Yes  ☐ No

Related Case Information:
Superseding Ind. ☐   Docket Number _____
Same Defendant ☐   New Defendant ✓

*Investigating Agency: HSI
*Agent: James Poe

Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Trisha Milstead
Alias: Trisha Michelle Stacey
Address: _____
DOB: _____  SS / Alien#: _____  Sex: ___  Race: ___  Nationality: ___

**U.S. Attorney Information:**

AUSA: Alan A. Stevens    Bar #: _____

Interpreter: ☐ Yes  ✓ No    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 3

Mandatory Minimum Charged?  ☐ Yes  ✓ No

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 USC § 1343 | Wire Fraud | 1-2 | F |
| 18 USC § 2312 | Interstate Transportation of a Stolen Motor Vehicle | 3 | F |

(May be continued on second sheet)

Date: 2/26/2025    Signature of AUSA: /s/