**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 25-09-BAJ-EWD |
| | : | |
| TRISHA MILSTEAD | : | |

**NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY**

NOW INTO COURT comes the United States of America through April M. Leon, Acting United States Attorney for the Middle District of Louisiana, by Alan A. Stevens, Assistant United States Attorney, and respectfully represents that the defendant herein, TRISHA MILSTEAD, has advised the United States of her intent to plead guilty pursuant to a plea agreement. The United States therefore requests that the Court conduct a re-arraignment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The parties concur that this Notice obviates the need for a trial and interrupts the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(1)(D). See United States v. Dignam, 716 F.3d 915, 924-25 (5th Cir. 2013).

Dated and submitted this 13th day of May, 2025, at Baton Rouge, Louisiana.

        UNITED STATES OF AMERICA, by

        APRIL M. LEON
        ACTING UNITED STATES ATTORNEY

        /s/ Alan A. Stevens
        Alan A. Stevens
        Assistant United States Attorney
        451 Florida Street, Suite 300
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0561
        E-mail: alan.stevens@usdoj.gov,,